**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **PAULETTE CRAWFORD,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:22-cv-00113 |
| § | |
| **CARRINGTON MORTGAGE** § | |
| **SERVICES, LLC,** § | |
| § | |
| Defendant. § | |

**ORDER GRANTING DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO DISMISS**

The Court has considered *Defendant Carrington Mortgage Services, LLC's Motion to Dismiss and Brief in Support* [Doc. 13] (the "*Motion*") filed on September 21, 2022. After considering the Motion, the response, the record, the applicable law, and the argument of the parties, the Court has determined that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**.

SIGNED this _____ day of _____ 2022.

_____
JUDGE PRESIDING